NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KING PHARMACEUTICALS, INC. AND KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC.,**
*Plaintiffs/Counterclaim Defendants-Appellees,*

**and**

**JONES PHARMA INC.,**
*Plaintiff/Counterclaim Defendant,*

**v.**

**EON LABS, INC.,**
*Defendant/Counterclaim Plaintiff-Appellant,*

**v.**

**ELAN PHARMACEUTICALS, INC.,**
*Counterclaim Defendant-Appellee.*

---

2011-1070

---

Appeal from the United States District Court for the Eastern District of New York in No. 04-CV-5540, Senior Judge David G. Trager.

---

**JUDGMENT**

---

F. DOMINIC CERRITO, Jones Day, of New York, New York, argued for plaintiffs/counterclaim defendants-appellees. With him on the brief were DANIEL L. MALONE, ERIC C. STOPS and EVANGELINE SHIH. Of counsel was DANIEL C. WIESNER.

MARTIN B. PAVANE, Cozen O'Connor, of New York, New York, argued for defendant/counterclaim plaintiff-appellant.

JAMES B. MONROE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for counterclaim defendant-appellee. With him on the brief were PAUL W. BROWNING and KAKOLI CAPRIHAN. Of counsel were JUSTIN J. HASFORD and LAWRENCE L. ILAG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 12, 2011         /s/ Jan Horbaly
    Date                    Jan Horbaly
                              Clerk